WILLIAM W. McLaughlin v. Edward F. McLaughlin and Others. (Annie V. McLaughlin, Third Party, Claimant, Appellant.) — Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See ante, p. 1.]

Helen Brock v. Louis Brock. RKO Studios, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Douglas Cairns and Others v. T. Coleman duPont and Others, Impleaded with Ward A. Wickwire and Hollyday S. Meads, Jr.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Rose Hagopian v. Isaac Samuelson, Impleaded with Elias Hirshfield.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Joseph Munley v. The Delaware and Hudson Railroad Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Bridget Cody, as Administratrix, etc., of William F. Cody, Deceased, v. Union Railway Company of New York City.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

The Travelers Insurance Company v. Chiarello Stevedoring Co., Inc., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Elm Auto Renting Co., Inc., for a Peremptory Order of Mandamus against Samuel Levy, President of the Borough of Manhattan.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Helen Christensen v. The Central Railroad Company of New Jersey.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Jewel Smessert v. Warner Bros. Pictures, Inc., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.